UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB HAILE-IYANU,<br><br>      Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>      Defendant. | Case No. 1:06-cv-02171-EGS |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 7 of the Local Rules of this Court, Defendant, Central Parking System of Virginia, Inc. ("Central Parking"), by counsel, hereby moves the Court for an Order extending the time by which Central Parking must respond to the Complaint of Plaintiff, Iyob Haile-Iyanu, as follows:

1. Plaintiff filed his Complaint on or about December 21, 2006.

2. Central Parking recently retained the undersigned counsel to represent it in this matter, and therefore requests an extension of time to file a response to the Complaint so that counsel may fully investigate Plaintiff's claims and prepare a defense.

3. An extension will not prejudice either of the parties, and Central Parking has not previously requested an extension of time to respond to Plaintiff's Complaint.

4. Counsel for Plaintiff consents to this Consent Motion To Extend Time To Respond To Complaint ("Consent Motion").

Accordingly, Central Parking requests that its Consent Motion be granted, and that the time for filing its response to Plaintiff's Complaint be extended until February 13, 2007.

Dated: January 22, 2007                    Respectfully submitted,

                                               LITTLER MENDELSON

                                               By: _____/s/_____
                                               Joseph P. Harkins (DC Bar No. 394902)
                                               Maria Perugini Baechli (DC Bar No. 445323)
                                               1150 17th Street, N.W.
                                               Suite 900
                                               Washington, D.C. 20036
                                               (202) 842-3400  Telephone
                                               (202) 842-0011  Facsimile

                                               Attorneys for Defendant
                                               Central Parking System of Virginia, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2007, a copy of the foregoing Consent Motion to Extend Time to Respond to Complaint, Memorandum of Points and Authorities in Support thereof, and Proposed Order were served electronically, via ECF filing, and via first-class U.S. mail, postage prepaid, upon:

Nils G. Peterson, Esquire
2009 N. 14th Street
Suite 708
Arlington, VA 22201

Counsel for Plaintiff Iyob Haile-Iyanu


_____/s/_____
Maria Perugini Baechli

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB HAILE-IYANU,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>    Defendant. | Case No. 1:06-cv-02171-EGS |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1.    Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rule 7(m).

Dated: January 22, 2007

Respectfully submitted,

LITTLER MENDELSON

By: _____/s/_____
Joseph P. Harkins (DC Bar No. 394902)
Maria Perugini Baechli (DC Bar No. 445323)
1150 17th Street, N.W.
Suite 900
Washington, D.C. 20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile

Attorneys for Defendant
Central Parking System of Virginia, Inc.

Firmwide:81940507.1 024404.1037

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB HAILE-IYANU,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>Defendant. | Case No. 1:06-cv-02171-EGS |

## PROPOSED ORDER

Upon consideration of the Consent Motion To Extend Time To Respond To Complaint ("Consent Motion"), it is hereby:

ORDERED that the Consent Motion is GRANTED; and

ORDERED that Defendant, Central Parking System of Virginia, Inc., shall have until February 13, 2007 to respond to Plaintiff's Complaint.

Dated: _____

_____
United States District Judge
Emmet G. Sullivan