UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB HAILE-IYANU,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>    Defendant. | Case No. 1:06-cv-02171-EGS |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Maria Perugini Baechli, an attorney with Littler Mendelson, P.C., hereby notices her appearance as co-counsel for Defendant, Central Parking System of Virginia, Inc., in the above-captioned matter. Ms. Baechli is a member of the Bar of the District of Columbia, and has been admitted to practice before the United States District Court for the District of Columbia.

Dated: January 22, 2007

Respectfully submitted,

LITTLER MENDELSON

By: _____/s/_____
Maria Perugini Baechli (DC Bar No. 445323)
1150 17th Street, N.W.
Suite 900
Washington, D.C. 20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile

Attorneys for Defendant
Central Parking System of Virginia, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2007, a copy of the foregoing Notice of Entry of Appearance was served electronically, via ECF filing, and via first-class U.S. mail, postage prepaid, upon:

>Nils G. Peterson, Esquire
>2009 N. 14th Street
>Suite 708
>Arlington, VA 22201
>
>Counsel for Plaintiff Iyob Haile-Iyanu

>_____/s/_____
>Maria Perugini Baechli

Firmwide:81940539.1 024404.1037