UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB HAILE-IYANU,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF<br>VIRGINIA, INC.,<br><br>    Defendant. | Case No. 1:06-cv-02171-EGS |

**DEFENDANT'S DISCLOSURE OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant, Central Parking System of Virginia, Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Central Parking System of Virginia, Inc. which have any outstanding securities in the hands of the public:

- Central Parking System of Virginia, Inc., Plaintiff's employer, is a subsidiary of Central Parking System, Inc., which is a subsidiary of Central Parking Corporation.

- Central Parking Corporation is publicly traded.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 13, 2007              Respectfully submitted,

                                    LITTLER MENDELSON

By: _____/s/_____
    Joseph P. Harkins (DC Bar No. 394902)
    Maria Perugini Baechli (DC Bar No. 445323)
    1150 17th Street, N.W.
    Suite 900
    Washington, D.C. 20036
    (202) 842-3400  Telephone
    (202) 842-0011  Facsimile

    Attorneys for Defendant
    Central Parking System of Virginia, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2007, a copy of the foregoing Defendant's Partial Motion to Dismiss, Memorandum of Points and Authorities in Support thereof, and Proposed Order were served, electronically, via ECF filing, upon:

> Nils G. Peterson, Esquire
> 2009 N. 14th Street
> Suite 708
> Arlington, VA 22201
>
> Counsel for Plaintiff Iyob Haile-Iyanu

_____/s/_____
Joseph P. Harkins

Firmwide:82016980.1 024404.1037