UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IYOB HAILE-IYANU, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-2171(EGS) | |
| v. ) | |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's partial motion to dismiss the complaint is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that plaintiff's D.C. Workers' Compensation Act claim (Count III) is **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that defendant shall answer or otherwise respond to the remaining claims in plaintiff's complaint no later than July 20, 2007.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 5, 2007.**