UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB HAILE-IYANU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>　　　　Defendant. | Case No. 1:06-cv-02171-EGS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Iyob Haile-Iyanu, and Defendant, Central Parking System of Virginia, Inc., by their undersigned counsel, hereby agree and stipulate that this action is dismissed with prejudice. Each party is to bear their own costs.

Dated: June 27, 2008                         Respectfully submitted,

LAW OFFICES OF NILS G. PETERSON          LITTLER MENDELSON, P.C.

/s/ Nils G. Peterson                                            /s/ Joseph P. Harkins
Nils G. Peterson, Esquire (D.C. Bar #295261)   Joseph P. Harkins (D.C. Bar #394902)
nilspeterson@aol.com                                       jharkins@littler.com
2009 N. 14th Street, Suite 708                         Katherine E. Bierma Pregel (D.C. Bar #486615)
Arlington, VA 22201                                         kbpregel@littler.com
(703) 527-9900 Telephone                              1150 17th Street, N.W., Suite 900
(703) 522-1250 Facsimile                                Washington, DC 20036
                                                                         (202) 842-3400 Telephone
                                                                         (202) 842-0011 Facsimile

Attorney for Plaintiff Iyob Haile-Iyanu

                                                                         Attorneys for Defendant Central Parking System
                                                                         of Virginia, Inc.

## **CERTIFICATE OF SERVICE**

I herby certify that a true and accurate copy of the foregoing Joint Stipulation of Dismissal With Prejudice will be served electronically, via ECF filing and first-class mail, postage prepaid, this 27th day of June, 2008 upon:

>Nils G. Peterson, Esquire
>2009 N. 14th Street
>Suite 708
>Arlington, VA 22201
>
>Attorney for Plaintiff
>Iyob Haile-Iyanu

>/s/ Katherine E. Bierma Pregel
>Katherine E. Bierma Pregel